No. 11–0619/AR. U.S. v. Steven E. Spencer. CCA 20060040. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 19, 2011.

No. 11–0639/AR. U.S. v. Tanner P. Forry. CCA 20080334. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 25, 2011.

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 25, 2011.

Wednesday, August 10, 2011

No. 11–0440/MC. U.S. v. Nicholas S. Stewart. CCA 201000021. Review granted on the following issues:

I. UNDER *UNITED STATES v. PRATHER*, IS IT LEGALLY POSSIBLE FOR THE PROSECUTION TO DISPROVE AN AFFIRMATIVE DEFENSE BEYOND A REASONABLE DOUBT ONCE THE MILITARY JUDGE HAS DETERMINED THAT THE DEFENSE HAS BEEN PROVED BY A PREPONDERANCE OF THE EVIDENCE AND, IF NOT, IS THE MILITARY JUDGE REQUIRED TO ENTER A FINDING OF NOT GUILTY IN SUCH A CASE UNDER RCM 917?

II. WHETHER THE NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS ERRED IN FINDING THE EVIDENCE FACTUALLY SUFFICIENT BEYOND A REASONABLE DOUBT TO SUSTAIN APPELLANT'S CONVICTION UNDER SPECIFICATION 2 BECAUSE IN DOING SO IT (1) VIOLATED THE *PRATHER* LEGAL–IMPOSSIBILITY PRINCIPLE AND (2) IMPERMISSIBLY FOUND AS FACTS ALLEGATIONS THAT HE WAS FOUND NOT GUILTY OF IN SPECIFICATION 1.